**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

AJ W. KIM, on behalf of himself, FLSA Collective
Plaintiffs, and the Class,

                                 Plaintiff(s),

       -against-

JAMO 31 INC. d/b/a OSAMIL, JAMO 31 PLUS
INC. d/b/a OSAMIL UPSTAIRS, MOKWOO KIM,
WON CHUL SEO a/k/a LION SEO, and IRENE
LEE a/k/a SOOKYUNG LEE,

                                Defendants.
----------------------------------------------------------------x

Case No.: 1:24-cv-02062-MKV

**[PROPOSED]**

**<u>RULE 68 JUDGMENT</u>**

      **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants JAMO 31 INC. d/b/a OSAMIL, JAMO 31 PLUS INC. d/b/a OSAMIL UPSTAIRS, MOKWOO KIM, WON CHUL SEO a/k/a LION SEO, and IRENE LEE a/k/a SOOKYUNG LEE (collectively, "Defendants"), having offered to allow Plaintiff AJ W. KIM and Opt-In Plaintiffs JAE HWAN SHIN, JEE YEON HAN, SAMUEL KANG, DEVIN LIU, WINTON FONG, DOMINICK RUSSO, and CASEY ROSARIO (collectively, "Plaintiffs") to take a judgment against them, in the sum of Two-Hundred-Twenty-Five-Thousand Dollars and No Cents ($225,000.00), with respect to Plaintiffs' claims for relief, damages, fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated May 20, 2025, and filed as **<u>Exhibit A</u>** to Docket Number 69;

      **WHEREAS**, on May 20, 2025, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (ECF Dkt. No.: 69); and

      It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiffs AJ W. KIM, JAE HWAN SHIN, JEE YEON HAN, SAMUEL KANG, DEVIN LIU, WINTON FONG, DOMINICK RUSSO, and CASEY ROSARIO, in the sum of Two-Hundred-Twenty-Five-

Thousand Dollars and No Cents ($225,000.00), in accordance with the terms and conditions of

Defendants' Rule 68 Offer, dated May 20, 2025, and filed as **Exhibit A** to Docket Number 69.


Dated: _____, 2025
       New York, New York


                                    _____
                                    Hon. Mary Kay Vyskocil
                                    United States District Judge